UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-25067-EA

**URIEL RAMON LANDERO FERNANDEZ**,

    Petitioner,
v.

**UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,** *et al.*,

    Respondents.
_____/

## ORDER DISMISSING PETITION

This cause comes before the Court upon the petitioner's petition for writ of habeas corpus [1]. The petition, however, was not filed by the petitioner *pro se* or by a licensed attorney. Instead, it was filed by the petitioner's "next friend and cousin." Thus, the petition was improperly filed. *See* S.D. Fla. L.R. 4(a) ("Only members of this Court's bar may appear as attorneys before the Court, except when the Court permits an appearance pro hac vice."); S.D. Fla. L.R. 11.1(a) ("The Bar of this Court shall consist of those persons heretofore admitted and those who may hereafter be admitted in accordance with the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys.").

Therefore, it is **ORDERED AND ADJUDGED**:

1. This petition [1] is **DISMISSED WITHOUT PREJUDICE**.

2. **On or by 12/3/2025**, the petitioner shall either file a *pro se* amended petition or have a licensed attorney make an appearance on the record and file an amended petition.

3. Failure to comply with this order will result in the petition being dismissed with prejudice and without further notice.

1

**DONE AND ORDERED** in West Palm Beach, Florida, this 3rd day of November 2025.

*[signature: Ed Artau]*

_____
**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

cc:   **Uriel Ramon Landero Fernandez,** *pro se*
A# 220-695-638
Glades County Detention Center
Inmate Mail/Parcels
P.O. Box 39
Moore Haven, FL 33471

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov